FILED
February 23, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                              )     Case No.  2:09-mj-68 DAD
          Plaintiff, )
v.                                  )     ORDER FOR RELEASE
                                               )     OF PERSON IN CUSTODY
Antronette Neal, )
                                              )
          Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Antronette Neal__ Case __2:09-mj-68 DAD__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __    Release on Personal Recognizance

    __  __    Bail Posted in the Sum of _____

    __X__    Unsecured bond in the amount of $100,000, to be co-signed by defendants parents

    __  __    Appearance Bond with 10% Deposit

    __  __    Appearance Bond secured by Real Property

    __  __    Corporate Surety Bail Bond

    __X__    (Other) __Probation conditions/supervision; defendant to reside at parents residence; parents to serve as third party custodians.__

Issued at __Sacramento, CA__ on __2/23/09__ at __4:45 p.m.__

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge