CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:   (916) 446-0770

Attorney for ANTRONETTE D. NEAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-09-0089-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| ANTRONETTE DEAN NEAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for June 30, 2009, be continued to July 28, 2009, at 9:30 a.m.

   This continuance is sought by defense counsel to provide additional time for investigation and to determine whether any pretrial motions are appropriate.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through July 28, 2009, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

-1-

```
 1  Dated: June 25, 2009                    /s/ Candace A. Fry
                                          CANDACE A. FRY, Attorney for
 2                                        ANTRONETTE D. NEAL, Defendant

 3

 4  Dated: June 25, 2009                  LAWRENCE G. BROWN
                                          Acting United States Attorney
 5
                                     By    /s/ Candace A. Fry for
 6                                        JASON HITT, Assistant
                                          United States Attorney
 7
                                          (Signed for Mr. Hitt with
 8                                        his prior authorization)
```

## O R D E R

IT IS SO ORDERED.

        Dated: June 25, 2009

        /s/ John A. Mendez
        JOHN A. MENDEZ
        UNITED STATES DISTRICT JUDGE