1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for ANTRONETTE D. NEAL,
5  Defendant

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR.S-09-0089-JAM
                                    )
12           Plaintiff,             ) **STIPULATION AND ORDER CONTINUING**
                                    ) **STATUS CONFERENCE AND EXCLUDING**
13      v.                          ) **TIME**
                                    )
14 ANTRONETTE DEAN NEAL,            )
                                    )
15           Defendant.             )
                                    )
16 _____  )

17

18      It is hereby stipulated and agreed by and between the parties

19 hereto, through their respective counsel, that the status conference

20 presently scheduled in the above matter for July 28, 2009, be continued

21 to September 15, 2009, at 9:30 a.m.

22      This continuance is sought by defense counsel to provide

23 additional time for continuing investigation and assessment of pretrial

24 motions.  Accordingly, the parties agree that time under the Speedy

25 Trial Act shall be excluded through September 15, 2009, to provide

26 reasonable time for defense preparation of the case, pursuant to 18

27 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

28

                                    -1-

```
Dated: July 27, 2009                    /s/ Candace A. Fry
                                       CANDACE A. FRY, Attorney for
                                       ANTRONETTE D. NEAL, Defendant


Dated: July 27, 2009                   LAWRENCE G. BROWN
                                       Acting United States Attorney

                                  By    /s/ Candace A. Fry for
                                       JASON HITT, Assistant
                                       United States Attorney

                                       (Signed for Mr. Hitt with
                                       his prior authorization)
```

**O R D E R**

IT IS SO ORDERED.

    Dated: July 27, 2009

```
                 /s/ John A. Mendez
                 JOHN A. MENDEZ
                 UNITED STATES DISTRICT JUDGE
```