CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for ANTRONETTE D. NEAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-09-0089-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| ANTRONETTE DEAN NEAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for September 15, 2009, be continued to October 20, 2009, at 9:30 a.m.

This continuance is sought by defense counsel for continuing investigation and assessment of pretrial motions.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through October 20, 2009, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

///

-1-

1 | Dated: September 9, 2009       /s/ Candace A. Fry
2 |                                CANDACE A. FRY, Attorney for
                                   ANTRONETTE D. NEAL, Defendant
3 |
4 | Dated: September 9, 2009       LAWRENCE G. BROWN
                                   Acting United States Attorney
5 |
                              By   /s/ Candace A. Fry for
6 |                                JASON HITT, Assistant
                                   United States Attorney
7 |
                                   (Signed for Mr. Hitt with
8 |                                his prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: 9/10/2009


/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-2-