1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for ANTRONETTE D. NEAL,
5  Defendant

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. CR.S-09-0089-JAM
                                )
12              Plaintiff,      )  **STIPULATION AND ORDER CONTINUING**
                                )  **STATUS CONFERENCE AND EXCLUDING**
13       v.                     )  **TIME**
                                )
14 ANTRONETTE DEAN NEAL,        )
                                )
15              Defendant.      )
                                )
16 _____ )

17

18      It is hereby stipulated and agreed by and between the parties

19 hereto, through their respective counsel, that the status conference

20 presently scheduled in the above matter for December 15, 2009, be

21 continued to January 19, 2010, at 9:30 a.m.

22      This continuance is sought to provide time for settlement

23 negotiations between the parties and for the defense to obtain

24 additional records relevant to sentencing issues.  Accordingly, the

25 parties agree that time under the Speedy Trial Act shall be excluded

26 through January 19, 2010, to provide reasonable time for defense

27 preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)

28 (Local Code T4).

-1-

```
Dated: December 14, 2009              /s/ Candace A. Fry
                                     CANDACE A. FRY, Attorney for
                                     ANTRONETTE D. NEAL, Defendant


Dated: December 14, 2009             BENJAMIN WAGNER
                                     United States Attorney

                                By    /s/ Candace A. Fry for
                                     JASON HITT, Assistant
                                     United States Attorney

                                     (Signed for Mr. Hitt with
                                     his prior authorization)
```

**O R D E R**

IT IS SO ORDERED.

Dated: December 14, 2009


/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE