CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for ANTRONETTE D. NEAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.S-09-0089-JAM |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
|  | ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) | **TIME** |
|  | ) |  |
| ANTRONETTE DEAN NEAL, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for January 19, 2010, be continued to February 23, 2010, at 9:30 a.m.

This continuance is sought by the defense for the following reasons: a proposed written plea agreement was provided by the Government on December 10, 2009; defense lacked police reports concerning a prior offense which could influence plea negotiations; those reports were forwarded to the defense on or about December 17, 2009; on that date counsel for the defendant was en route out of state due to the death of a close family member; counsel will again be out of

-1-

state attending to family estate business for the week of January 11; counsel has been required to devote considerable time to the business of the estate, but predicts this may calm sometime in February, 2010; defense may require transcripts of pleas in the defendant's prior criminal cases (which convictions appear to qualify the defendant as a career offender) and has not accomplished that task to date in light of other professional and personal obligations; and, the parties plan to meet and confer during the last weeks of this month.  In sum, while this is not a complex case, the severe sentence exposure faced by this defendant has and will require careful inspection of the prior convictions and a continuing and thoughtful approach to resolution by plea agreement.

   Further, this prosecution concerns cocaine base ("crack" cocaine)in an amount that will trigger a ten-year minimum mandatory sentence. Recently the federal sentencing disparity between crack and powder cocaine has been found unwarranted, unfair and of disparate impact on African Americans by the judiciary, the Department of Justice and the United States Sentencing Commission. Action is being taken in Congress to enact change and likely the quantity of crack cocaine that triggers the mandatory minimums will be raised commensurate with powder cocaine and the sentencing Guidelines disparity between the two substances eliminated.  It is the stance of the defense that these prospective and inevitable changes in the law too afford reason to continue this case forward from time to time until Congressional action can be predicted with certainty.

   Accordingly, the parties agree to another one-month continuance at this juncture and that time under the Speedy Trial Act shall be excluded through February 23, 2010, to provide reasonable time for

defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: January 7, 2010                    */s/ Candace A. Fry*
                                          CANDACE A. FRY, Attorney for
                                          ANTRONETTE D. NEAL, Defendant


Dated: January 7, 2010                    BENJAMIN WAGNER
                                          United States Attorney

                                     By   */s/ Candace A. Fry for*
                                          JASON HITT, Assistant
                                          United States Attorney

                                          (Signed for Mr. Hitt with
                                          his prior authorization)


**O R D E R**

IT IS SO ORDERED.

    Dated: January 7, 2010


                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    UNITED STATES DISTRICT JUDGE

-3-