CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for ANTRONETTE D. NEAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-09-0089-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER MODIFYING** |
| | ) | **CONDITIONS OF PRETRIAL RELEASE** |
| v. | ) | |
| | ) | |
| ANTRONETTE DEAN NEAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the conditions of pretrial release imposed on defendant Antronette Dean Neal on February 23, 2009, by The Honorable Kimberly J. Mueller, United States Magistrate Judge, shall be modified to include the following, additional condition as requested by her Pretrial Services Officer:

    The defendant shall participate in a cognitive behavioral treatment program as directed by the Pretrial Services Officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services Officer.

-1-

1  Dated: January 8, 2010                    /s/ Candace A. Fry
2                                           CANDACE A. FRY, Attorney for
                                            ANTRONETTE D. NEAL, Defendant
3

4  Dated: January 8, 2010                   BENJAMIN WAGNER
                                            United States Attorney
5
                                       By   /s/ Candace A. Fry for
6                                           JASON HITT, Assistant
                                            United States Attorney
7
                                            (Signed for Mr. Hitt with
8                                           his prior authorization)

9

10                              **O R D E R**

11

12  IT IS SO ORDERED.

13  DATED: January 11, 2010.

14
                              _____
15                            DALE A. DROZD
16                            UNITED STATES MAGISTRATE JUDGE

17

18  Ddad1/orders.criminal/neal0089.stipord

-2-