UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:09-cr-0089 JAM KJN P |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER SEALING GOVERNMENT'S EXHIBITS A AND D IN SUPPORT OF ITS MOTION TO DISMISS AND RESPONSE TO DEFENDANT'S 2255 MOTION |
| ANTRONETTE NEAL, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that Exhibits A and D, in support of the Government's Motion to Dismiss and Response to the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, filed by defendant Antronette NEAL, shall be SEALED until further order of this Court.

The Clerk of Court is directed to file the Government's Exhibits A and D under seal.

**Date: 7/9/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

neal0089.prop.ord.seal

1