1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                    No. 2:09-cr-00089 JAM KJN P
12                 Respondent,
13        v.                                     ORDER
14  ANTRONETTE DEON NEAL,
15                 Movant.
16

17        Movant has requested the appointment of counsel. There currently exists no absolute
18  right to appointment of counsel in § 2255 proceedings. See e.g. Irwin v. United States, 414 F.2d
19  606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any
20  stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section
21  2255 Proceedings. In the present case, movant summarily requests appointment of a public
22  defender. Review of the underlying petition indicates that movant is challenging a plea
23  agreement and 180-month sentence based on a felony drug offense, on the alleged ground of
24  ineffective assistance of counsel. The court finds that the interests of justice do not require
25  appointment of counsel at this time.
26  ////
27  ////
28  ////

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for appointment of counsel (ECF No. 71), is denied without prejudice.

2. The deadline for filing and serving movant's optional reply (traverse) to respondent's opposition is hereby extended to, and including, September 30, 2013.

DATED: September 9, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

neal.0089.207