| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | | |

UNITED STATES OF AMERICA,

Respondent,

v.

ANTRONETTE DEON NEAL,

Movant.

No. 2:09-cr-0089 JAM KJN

ORDER

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 18, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 18, 2019, are adopted in full;

2. The motion to vacate, set aside, or correct movant's sentence pursuant to 28 U.S.C.

1

§ 2255 (ECF No. 56) is DENIED;

      3.  The Clerk of the Court is directed to close companion civil case No. 2:13-cv-0236 JAM KJN P; and

      4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  March 27, 2019

/s/ John A. Mendez            

UNITED STATES DISTRICT COURT JUDGE