# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

ANTRONETTE DEON NEAL

Case No: 2:09-CR-00089-JAM-1

USM No: 18400-097

Date of Original Judgment: 2/14/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David M. Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO FIRST STEP ACT, P.L. 115-391, § 404

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   180 months   **is reduced to**   130 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

The term of supervised release is reduced from 60 months to 48 months.

Except as otherwise provided, all provisions of the judgment dated   February 14, 2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 4, 2020

/s/ John A. Mendez
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable John A. Mendez, U.S. District Court Judge
*Printed name and title*